# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANDY LEE TURNER

NO. 2024 KW 1198

**FEBRUARY 24, 2025**

---

In Re:     Randy Lee Turner, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 717086.

---

**BEFORE:    McCLENDON. C.J., LANIER AND BALFOUR, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the pleading at issue, the district court's ruling, pertinent bills of information, pertinent minutes, a sentencing transcript, and any other portions of the district court record that might support the claims raised in the pleading. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

> PMc
> WIL
> KEB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT